```
LELAND LAW
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND, CSBN 268272
E-mail: tracey@disabilitylawfirm.com
        Attorneys for Plaintiff
MARTIN O'MALLEY
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
        6401 Security Blvd.
        Balimore, MD 21235
        Telephone:  (510) 970-4830
        Facsimile: (415) 744-0134
        Email:  paul.sachelari@ssa.gov
        Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| | |
|---|---|
| DAWN ANGELA LEWIS,<br>    Plaintiff,<br><br>    v.<br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:23-cv-01040-MRW<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3  THOUSAND one HUNDRED DOLLARS [$5,100.00], as authorized by 28 U.S.C.
4  § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 2/1/24

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE